FILED

08 AUG 27 PM 3:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2851 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. _____ |
| Plaintiff,                      ) | |
| v.                              ) | NOTICE OF RELATED CASE |
| JOSE FRANCISCO MARTIN,          ) | |
| Defendant.                      ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Francisco Martin</u>, Criminal Case No. 08CR2400DMS.

DATED: August 27, 2008.

KAREN P. HEWITT
United States Attorney

GREGORY F. NOONAN
Assistant U.S. Attorney